■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON COOK, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.),

rendered May 21, 1990, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's conviction was based on the testimony of police officers who participated in the "buy-and-bust" operation which resulted in his arrest. Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

In addition, we find that the trial court did not improvidently exercise its discretion in ruling that the prosecution could cross-examine the defendant, if he testified regarding the existence of two prior felony convictions and the length of the sentences imposed thereon *(see, People v Rodena,* 170 AD2d 418, 419; *People v Johnson,* 113 AD2d 900, 901; *People v Wood,* 94 AD2d 814, 815).

The sentence imposed was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Lawrence, J. P., Eiber, O'Brien and Copertino, JJ., concur.